# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136678

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES JUNIOR LUCKETT,
      Defendant-Appellant.

SC: 136678
COA: 284521
Kent CC: 07-009901-FC

_____/

      On order of the Court, the application for leave to appeal the April 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

s0915